US DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FILED

OCT 28 2026

Mistee Aaron
By________________
Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **Case No. 4:26-CR-400__08__-001** |
| | ) | |
| **v.** | ) | |
| | ) | **18 U.S.C. § 1470** |
| **ROBERT GALO HURTADO** | ) | **18 U.S.C. § 2422(b)** |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
***(Attempted Enticement of a Minor to Engage in Sexual Activity)***

Between on or about May 21, 2026, and continuing through and including on or about May 27, 2026, in the Western District of Arkansas, Texarkana Division and elsewhere, the Defendant, **ROBERT GALO HURTADO**, using a facility and means of interstate commerce, knowingly attempted to persuade, induce, and entice an individual who had not attained the age of 18 years to engage in any sexual activity for which any person can be charged with a criminal offense, namely Sexual Assault in the Fourth Degree, in violation of Arkansas Code Annotated, Section 5-14-127 and Carnal Knowledge of a Minor, in violation of Louisiana Revised Statutes, Section 14:80.

All in violation of Title 18, United States Code, Section 2422(b).

### COUNT TWO
***(Attempted Transfer of Obscene Material to Minors)***

Between on or about May 21, 2026, and continuing through and including on or about May 27, 2026, in the Western District of Arkansas, Texarkana Division and elsewhere, the Defendant, **ROBERT GALO HURTADO**, using a facility and means of interstate and foreign commerce,

knowingly attempted to transfer obscene matter to another individual who had not attained the age of sixteen (16) years, knowing such individual had not attained the age of sixteen years.

All in violation of Title 18, United States Code, Section 1470.

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

The Grand Jury re-alleges and incorporates by reference herein Counts One and Two of this Indictment.

Upon conviction of either Count One of this Indictment, pursuant to Title 18 U.S.C. § 2428(a)(1), or Count Two of this Indictment, pursuant to Title 18 U.S.C. § 1467, the Defendant, **ROBERT GALO HURTADO**, shall forfeit to the United States all property real or personal, used or intended to be used to commit or to facilitate the commission of the offense including, but not limited to, the following specific property: **Apple iPhone with IMEI 350304974977672 and Serial Number J4F09RLHP**.

A True Bill.

*/s/ Grand Jury Foreperson*
Grand Jury Foreperson

KEVIN R. HOLMES
UNITED STATES ATTORNEY

By: ______________

Devon Still
Assistant U. S. Attorney
Arkansas Bar No. 2005257
414 Parker Avenue
Fort Smith, AR 72901
Telephone: 479-783-5125
E-mail: Devon.Still@usdoj.gov