IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CRIMINAL NO. 4:26CR40008-SOH USA vs. Robert Galo Hurtado

COURT PERSONNEL:

JUDGE: ______

MAGISTRATE: SPENCER G. SINGLETON

CLERK: Vicki Evans

RECORDER: Vicki Evans Zoom Host

GOVERNMENT: Devon Still

INTERPRETER: ______

DEFENDANT'S COUNSEL:

Jessica Yarbrough (Alex Wynn standing in)
(Name)

______
(Address)

El Dorado, AR 71730
(City, State, Zip Code)

______
(Telephone Number)

RET ☐ FPD ☑ WV ☐ CJA ☐

**INITIAL APPEARANCE AND/OR ARRAIGNMENT AND PLEA MINUTE SHEET**

- ☑ Proceedings: ☑ initial appearance ☑ arraignment and plea
- ☑ Charges: ☐ Magistrate complaint ☐ Information ☑ Indictment ☐ Superseding
- ☐ Rule 5 - District and case number: ______
- ☐ Petition on supervised release
- ☑ Level of offense: ☐ petty ☐ misdemeanor ☑ felony
- ☑ Defendant appeared: ☐ with counsel ☑ without counsel
- ☑ Waiver of counsel executed and filed
- ☑ CJA23 financial affidavit executed and filed
- ☑ Counsel appointed
- ☐ Rule 44(c) inquiry made regarding joint representation of defendants and advised of right to separate representation
- ☑ Inquiry made regarding defendant's age
- ☑ Inquiry made regarding defendant's education level and ability to read/write
  ☑ English ☐ Spanish
- ☑ Inquiry made as to whether defendant is taking any medication, is under a doctor's care, and/or if there is any reason defendant is unable to comprehend proceedings
- ☐ Court finds that defendant is the person named in Rule 5 charging document
- ☐ Defendant informed of provisions of Rule 20 proceedings
- ☐ Consent to proceed before magistrate executed and filed
- ☐ Waiver of trial by jury executed and filed
- ☐ Waiver of thirty days to prepare for trial executed and filed
- ☑ Plaintiff ordered to provide Rule 16 Disclosures to Defendant within 10 days of this date and Defendant ordered to provide Rule 16 Disclosures to the Plaintiff within 20 days of this date.

INITIAL APPEARANCE/ARRAIGNMENT AND
PLEA USA vs. Robert Galo Hurtado

- ☑ Defendant informed of rights
- ☐ Court finds that defendant has received charging document
- ☑ Court finds that defendant has read charging document or that it has been read to defendant and that it is understood by defendant
- ☑ Defendant informed of maximum possible penalties, including payment of special assessment and restitution
- ☐ Defendant advised as to Immigration consequences
- ☐ Waiver of indictment executed and filed
- ☐ Information filed
- ☐ Indictment read ☐ substance of charge stated
- ☐ Information read ☐ substance of charge stated
- ☐ Complaint read ☐ substance of charge stated
- ☑ Defendant waived reading of: ☑ Indictment ☐ Information ☐ Complaint
- ☐ Rule 11(e) plea agreement disclosed on record and filed
- ☑ Government was directed to provide exculpatory evidence pursuant to Brady v. Maryland.

**DEFENDANT'S PLEA:**

- ☑ Not Guilty to count(s) all counts in the Indictment
- ☐ Guilty to count(s) ________
- ☐ Nolo contendere to count(s) ________
- ☑ Court entered plea of not guilty for defendant

**SCHEDULE SETTING:**

- ☐ Preliminary hearing ________
- ☑ Detention hearing waive and reserve
- ☐ Revocation hearing ________
- ☑ Trial Date December 14, 2026 9 am TXK
- ☐ Sentencing Date ________
- ☐ Sentencing deferred pending preparation of presentence report

**MOTION DEADLINE:**

- ☐ Defendant directed to file ________
- ☐ Government directed to file ________
- ☐ ________

**BOND** set at ________

- ☐ Defendant released on present bond
- ☐ Defendant to make bond and be released
- ☑ Defendant remanded to custody of U.S. Marshals Service

**SPECIAL CONDITIONS OF RELEASE:**

- ☐ Pretrial supervision as directed by the U.S. Probation Office
- ☐ ________
- ☐ ________

**Court orders case be unsealed

Proceedings began: 9:44 am
ended: 9:55 am

DATE: November 9, 2026